Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KERRY M. SKELTON** | 6:13-CV-01117-HZ |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| **Commissioner of Social Security,** | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $5,025.79. Upon verification that Plaintiff does not have a debt subject to the Treasury's Offset Program, the parties agree payment will be made directly to Plaintiff's attorney, Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091. If Plaintiff has a debt, pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

It is so ORDERED

Dated this 4, day of September, 2014

_____
MARCO A. HERNANDEZ
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1